IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

FILED

2024 FEB 26  AM II: 12

U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY _____
DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | CRIMINAL NO.  EP-23-CR-01596-KC |
| | § | |
| Plaintiff, | § | |
| | § | **INFORMATION** |
| v. | § | |
| | § | CT 1: 18 U.S.C. § 932 (b)(2), (c)(1) - |
| GISELLE CASTANEDA-CORTEZ, | § | Straw Purchasing of Firearms |
| | § | |
| Defendant. | § | *Notice of Government's Demand for* |
| | § | *Forfeiture* |

THE UNITED STATES ATTORNEY CHARGES:

## COUNT ONE
### (18 U.S.C. § 932 (b)(2), (c)(1))

Beginning on or about May 11, 2023, and continuing until on or about July 3, 2023, in the Western District of Texas the Defendant,

### GISELLE CASTANEDA-CORTEZ,

did knowingly purchase firearms including, but not limited to, the following:

1) Ruger Model Security-390, .380 caliber handgun, Serial number 386-25590;

2) Stoeger, Model STR-9C, 9mm handgun, Serial Number T6429-23S02935;

3) Taurus, G3, 9mm handgun, Serial Number ADE335965;

4) Bersa, Model Thunder 380, .380 caliber handgun Serial Number L77218;

5) Taurus Model G3, 9mm handgun, Serial Number ABK014892;

6) Smith & Wesson, Model M&P 380 Shield EZ, .380 caliber handgun Serial Number RDX4216;

7) Smith & Wesson, M&P, 9mm handgun, Serial Number HNN9301;

8) Taurus, Model 856, .38 Special caliber handgun Serial Number AEC166904;

9) Taurus, Model G3C, 9mm handgun Serial Number 1KA30353;

10) Stoeger, Model STR-9C, 9mm handgun Serial Number T6429-23S03973;

11) Hi-Point., Model CF380, .380 ACP caliber handgun Serial Number P8196384;

12) Taurus, Model G3, 9mm handgun Serial Number ADJ637806; and

13) Taurus, Model G2C, 9mm handgun serial number AEB11331;

in or otherwise affecting interstate or foreign commerce, for, on behalf of, or at the request or demand of another person or persons known to the Grand Jury, knowing and having reasonable cause to believe that the use, carrying, and possession of a firearm by the recipient would constitute a felony, all in violation of Title 18, United States Code, Section 932 (b)(2), (c)(1).

Respectfully submitted,

JAIME ESPARZA
UNITED STATES ATTORNEY

By: _____
GREGORY E. McDONALD
Assistant U.S. Attorney
Texas Bar #13547300
700 E. San Antonio, Suite 200
El Paso, Texas 79901
(915) 534-6884

2