**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

FILED

2024 MAR 15  AM 10: 38

CLERK. U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, § | CRIMINAL NO. EP-23-CR-01596-KC |
| § | |
| Plaintiff, § | **A M E N D E D** |
| § | **I N F O R M A T I O N** |
| v. § | |
| § | CT 1: 18 U.S.C. § 922(a)(6) & 924(a)(2) - |
| GISELLE CASTANEDA-CORTEZ, § | False Statement During Firearms |
| § | Acquisition |
| Defendant. § | |

THE UNITED STATES ATTORNEY CHARGES:

**COUNT ONE**
**(18 U.S.C. § 922(a)(6) and 924(a)(2))**

On or about May 11, 2023, in the Western District of Texas the Defendant,

**GISELLE CASTANEDA-CORTEZ,**

in connection with the acquisition of a firearm, to-wit; a  Ruger Model Security-390, .380 caliber

handgun, Serial number 386-25590, from FFL # 1 a licensed dealer of firearms within the meaning

of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written

statement to FFL # 1, which statement was likely to deceive FFL #1 as to a fact material to the

lawfulness of such acquisition of said firearm by the Defendant under Chapter 44 of Title 18, in

that the Defendant did execute in writing a Department of Justice, Bureau of Alcohol, Tobacco,

Firearms, and Explosives form 4473, Firearms Transaction Record, and stated that she was the

actual buyer of the firearm indicated on the Form 4473, when in fact as the defendant then knew,

she was not the actual buyer of the firearm, in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

Respectfully submitted,

JAIME ESPARZA
UNITED STATES ATTORNEY

By: _____
GREGORY E. McDONALD
Assistant U.S. Attorney
Texas Bar #13547300
700 E. San Antonio, Suite 200
El Paso, Texas 79901
(915) 534-6884