**FILED**

March 19, 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____Veronica Medina_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | CRIMINAL NO.  EP-23-CR-01596-KC |
| | § | |
| v. | § | |
| | § | |
| | § | |
| GISELLE CASTANEDA-CORTEZ, | § | |
| | § | |
| Defendant. | § | |

## WAIVER

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year.  I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waived my right to prosecution by indictment and consent to prosecution by information.

_____03/19/2024_____
Date

x _____
GISELLE CASTANEDA-CORTEZ
Defendant

_____
EDUARDO SOLIS
Attorney for Defendant

_____
UNITED STATES MAGISTRATE JUDGE